**Bruce W. Brewer**, OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
P.O. Box 1597
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

FILED'05 JUN 08 10:02USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **JAMES BATSON,** | CASE NO. CV'04 654-KI |
| Plaintiff, | |
| | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| vs. | |
| **JO ANNE BARNHART,** Commissioner of Social Security Administration, | |
| Defendant. | |

It is ordered that attorney fees in the amount of $5,753.92 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412.

DATED this 8th day of June, 2005

_____
United States District/Magistrate Judge

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

CERTIFICATE OF SERVICE BY MAIL
Re: Batson vs. Commissioner
04-654-KI

      I hereby certify that I have made service of the foregoing STIPULATED MOTION FOR ENTRY OF ORDER AWARDING ATTORNEY'S FEES PURSUANT TO EAJA and the ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT on the attorneys for the defendant herein by causing to be deposited in the U.S. mail on 6-6-05 a true copy thereof, enclosed in an envelope with postage thereon prepaid, addressed to:

Craig Casey
Assistant U.S. Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902

Social Security Administration
Office of General Counsel
Attn. Jamala Edwards
701 5th Ave., Suite 2900, M/S 901
Seattle, WA 98104-7075

Bruce W. Brewer, OSB No. 92558
Attorney for Plaintiff